1

2

3

4

5    UNITED STATES DISTRICT COURT

6    EASTERN DISTRICT OF WASHINGTON

7  WILLIAM WINTERS,

                                          NO: 2:17-CV-0080-TOR
8                    Plaintiffs,

                                          ORDER OF DISMISSAL WITH
9     v.                                  PREJUDICE

10 LIFE INSURANCE COMPANY OF
   NORTH AMERICA,
11
                     Defendant.
12

13    BEFORE THE COURT is the parties' Stipulated Dismissal (ECF No. 13).

14 The parties have stipulated to the dismissal of this action with prejudice and

15 without an award of costs or fees to any party.

16 //

17 //

18 //

19 //

20 //

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED**:

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the parties' stipulation, all claims and causes of action in this matter are **DISMISSED** with prejudice and without costs or fees to any party.

The District Court Executive is hereby directed to enter this Order, furnish copies to counsel, and **CLOSE** the file.

**DATED** January 11, 2018.



THOMAS O. RICE
Chief United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2